SHANNON G. SPLAINE, ESQ.
Nevada Bar No. 8241
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
ssplaine@lgclawoffice.com

Attorneys for Defendant,
NCC BUSINESS SERVICES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN C. PIPES,<br><br>        Plaintiff,<br>vs.<br><br>NCC BUSINESS SERVICES, INC., a Foreign Company, EQUIFAX INFORMATION SERVICES, LLC, a Foreign Limited-Liability Company, TRANSUNION, LLC, a Foreign Limited-Liability Company,<br><br>        Defendants. | Case No.: 2:18-cv-01570-MMD-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ORDER** |

NOW INTO COURT, through undersigned counsel, comes Plaintiff, JOHN C. PIPES ("Plaintiff"), and Defendant, NCC BUSINESS SERVICES, INC. ("NCC"), who file this Joint Stipulation to Extend the Answer deadline to the Complaint filed by Plaintiff, and state:

1. On or about August 20, 2018, Plaintiff filed his Complaint in this Honorable Court.
2. On August 27, 2018, Plaintiff served his Complaint on NCC.
3. NCC's current response deadline is September 17, 2018.
4. Plaintiff, through counsel, has agreed to allow NCC an extension, or until October 8, 2018, to file Responsive Pleadings to Plaintiff's Complaint.
5. NCC has not requested any prior extensions in this action.
6. There are no pending hearings or matters currently before the Court.
7. Despite due diligence and good faith efforts, NCC and its counsel require an extension of time to investigate the allegations in the Complaint, and prepare a responsive pleading.

-1-

WHEREFORE, Defendant, NCC BUSINESS SERVICES, INC., respectfully requests this Court grant an extension through and including October 8, 2018, to file its responsive pleadings to Plaintiff's Complaint.

DATED this 26th day of September, 2018.

**COGBURN LAW OFFICES**

/s/ Erik W. Fox

_____
**JAMIE S. COGBURN, ESQ.**
Nevada Bar No. 8409
**ERIK W. FOX, ESQ**.
Nevada Bar No. 8804
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Attorneys for Plaintiff,
JOHN C. PIPES

DATED this 26th day of September, 2018.

**LINCOLN, GUSTAFSON & CERCOS, LLP**

/s/ Shannon G. Splaine

_____
**SHANNON G. SPLAINE, ESQ.**
Nevada Bar No. 8241
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169-5968
Attorneys for Defendant,
NCC BUSINESS SERVICES, INC.

**IT IS SO ORDERED.**

Dated: September 27, 2018

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
Magistrate

**PROOF OF ELECTRONIC SERVICE**

I certify that on this 26th day of September, 2018, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Staci D. Ibarra, an employee
of the law offices of
Lincoln, Gustafson & Cercos, LLP