1  SHANNON G. SPLAINE, ESQ.
   Nevada Bar No. 8241
2  PAUL D. BALLOU, ESQ.
   Nevada Bar No. 6894
3  LINCOLN, GUSTAFSON & CERCOS, LLP
   3960 Howard Hughes Pkwy., Suite 200
4  Las Vegas, Nevada 89169-5968
   Telephone:   (702) 257-1997
5  Facsimile:   (702) 257-2203
   ssplaine@lgclawoffice.com
6  pballou@lgclawoffice.com

7  Attorneys for Defendant,
   NCC BUSINESS SERVICES, INC.
8

9                    UNITED STATES DISTRICT COURT

10                         DISTRICT OF NEVADA

11

   JOHN C. PIPES,                         Case No.: 2:18-cv-01570-MMD-VCF
12
              Plaintiff,
13   vs.                                  **STIPULATION / JOINT MOTION TO
                                          DISMISS PLAINTIFF'S COMPLAINT
14   NCC BUSINESS SERVICES, INC., a Foreign   AGAINST DEFENDANT NCC BUSINESS
     Company, EQUIFAX INFORMATION          SERVICES, INC. WITHOUT PREJUDICE**
15   SERVICES, LLC, a Foreign Limited-Liability
     Company, TRANSUNION, LLC, a Foreign
16   Limited-Liability Company,

17              Defendants.

18
        It is hereby stipulated and agreed to between Plaintiff JOHN C. PIPES, by and through his
19
   attorney of record, the law firm of COGBURN LAW OFFICES, and Defendant NCC BUSINESS
20
   SERVICES, INC., by and through their attorney of record, the law firm LINCOLN, GUSTAFSON &
21
   CERCOS, LLP, that the Complaint against NCC BUSINESS SERVICES, INC. is hereby dismissed
22
   without prejudice, along with any and all claims against NCC BUSINESS SERVICES, INC. in this
23
   matter, with each party to bear their own attorneys' fees and costs.
24
   ///
25
   ///
26
   ///
27
   ///
28

                                         -1-

Local Rule 7-1(c) states that "A stipulation that has been signed by fewer than all the parties or their attorneys will be treated – and must be filed – as a joint motion." This stipulation is between Plaintiff JOHN C. PIPES and Defendant NCC BUSINESS SERVICES, INC. which is only one of the several defendants in this case. Accordingly, it should be treated as a joint motion under LR 7-1(c).

DATED this 21st day of November, 2018.

**LINCOLN, GUSTAFSON & CERCOS, LLP**

**SHANNON G. SPLAINE, ESQ.**
Nevada Bar No. 8241
**PAUL D. BALLOU, ESQ.**
Nevada Bar No. 6894
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-5968

Attorneys for Third-Party Defendant,
NCC BUSINESS SERVICES, INC.

DATED this 21st day of November, 2018.

**COGBURN LAW OFFICES**

/s/ Erik W. Fox

**JAMIE S. COGBURN, ESQ.**
Nevada Bar No. 8409
**ERIK W. FOX, ESQ.**
Nevada Bar No. 8804
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074

Attorneys for Plaintiff,
JOHN C. PIPES

///
///
///
///
///
///
///

-2-

**ORDER**

Local Rule 7-1(c) states that "A stipulation that has been signed by fewer than all the parties or their attorneys will be treated – and must be filed – as a joint motion." This stipulation is between the Plaintiff and only one of several defendants in this case. Accordingly, it should be treated as a joint motion under LR 7-1(c).

Based on the Stipulation / Joint Motion of Plaintiff JOHN C. PIPES and Defendant NCC BUSINESS SERVICES, INC., and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims against Defendant NCC BUSINESS SERVICES, INC. are DISMISSED without prejudice, each party to bear its own fees and costs.

DATED this 23rd day of November, 2018.

_____
MIRANDA M. DU
U.S. DISTRICT JUDGE

v:\p-t\pipes_ncc\atty notes\drafts\pldgs\stipulation of dismissal.docx