COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN C. PIPES,<br><br>             Plaintiff,<br><br>vs.<br><br>NCC BUSINESS SERVICES, INC., a Foreign Company, EQUIFAX INFORMATION SERVICES, LLC, a Foreign Limited-Liability Company, TRANSUNION, LLC, a Foreign Limited-Liability Company,<br><br>             Defendants. | Case Number<br>2:18-cv-1570-MMD-VCF<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, John Pipes ("Plaintiff") and Defendant, Equifax Information Services LLC ("Defendant"), by and through their respective attorneys of record, that all Plaintiff's claims asserted against Defendant in the above-captioned

. . .

. . .

. . .

. ..

matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 5th day of September, 2019.

COGBURN LAW

By: */s/Erik W. Fox*
    Jamie S. Cogburn, Esq.
    Nevada Bar No. 8409
    Erik W. Fox, Esq.
    Nevada Bar No. 8804
    2580 St. Rose Parkway, Suite 330
    Henderson, Nevada 89074
    *Attorneys for Plaintiff*

Dated this 5th day of September, 2019.

SNELL & WILMER LLP

By: */s/Bradley T. Austin*
    Bradley T. Austin, Esq.
    Nevada Bar No. 13064
    3883 Howard Hughes Pkwy., Ste. 1100
    Las Vegas, NV 89169
    *Attorneys for Equifax Information*
    *Services LLC*

    IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

   September 9, 2019
_____
DATE